DANIEL J. MONTAGUE, as Administrator, etc., of MARY MONTAGUE, Deceased,.

v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for stay granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.